# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE C. PINEDA,<br><br>  Plaintiffs<br><br>v.<br><br>GGP MEADOWS MALL, LLC,<br><br>  Defendant | Case No.: 2:19-cv-00464-APG-PAL<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the response to the order to show cause (ECF No. 8),

IT IS ORDERED that the order to show cause (ECF No. 7) is deemed satisfied and I will not dismiss this case for lack of subject matter jurisdiction.

DATED this 9th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE